NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SKILLSURVEY, INC.,**
*Plaintiff-Appellant*

**v.**

**CHECKSTER LLC,**
*Defendant-Appellee*

_____

2016-1994

_____

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:15-cv-01766-CDJ, Judge C. Darnell Jones, II.

_____

**JUDGMENT**

_____

RICHARD CHARLES PETTUS, Greenberg Traurig LLP, New York, NY, argued for plaintiff-appellant. Also represented by JONATHAN D. BALL.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for defendant-appellee. Also represented by ADAM MICHAEL LEWIN, LAURENCE F. PULGRAM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 6, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |